www.jsandassociatesappraisal.com

# INVOICE

**FROM:**
Simone Y. Burley
JS & Associates Appraisal Services, LLC
P.O. Box 29637
Columbus, OH 43229-0637

**Telephone Number:** 614-899-2428    **Fax Number:** 614-899-2421

**TO:**
James Park
J.W. Park, LLC
595 East Broad Street
Suite 110
Columbus, OH 43215
**Telephone Number:** (614) 636-5290    **Fax Number:**
**Alternate Number:**    **E-Mail:**

| | |
|---|---|
| **INVOICE NUMBER** | 13-57392 |
| **DATE** | 12/21/2013 |
| **REFERENCE** | |
| Internal Order #: | 13-57392 |
| Lender Case #: | 13-57392 |
| Client File #: | 13-57392 |
| Main File # on form: | 13-57392 |
| Other File # on form: | Client Atty G Cook |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

**Lender:** ATTORNEY GUYLYNN D COOK    **Client:** J.W. Park, LLC
**Purchaser/Borrower:** DONALD S MOSHOS
**Property Address:** 780 Arlington Rd
**City:** Bellefontaine
**County:** LOGAN    **State:** OH    **Zip:** 43311
**Legal Description:** 780 ARLINGTON RD

| FEES | AMOUNT |
|---|---|
| Real Estate Value Estimate | 400.00 |
| **SUBTOTAL** | **400.00** |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** | **$ 400.00** |

Form NIV3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE